# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCIS JAMES JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; BRIAN WILLIAMS,
WARDEN; AND JO GENTRY,
WARDEN,
Respondents.

No. 74304

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss appellant's complaint for breach of contract. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Appellant has filed a motion to withdraw this appeal voluntarily because he has come to understand the legal deficiencies in his complaint and does not wish to waste this court's time. Accordingly, we grant appellant's motion, NRAP 42(b), and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-43588

cc: Hon. James Crockett, District Judge
Francis James Johnson
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk